JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES DIVISION
CASSANDRA BARNUM, MASSACHUSETTS STATE BAR NO. 678750
TRIAL ATTORNEY, ENVIRONMENTAL CRIMES SECTION
150 M ST. NE
WASHINGTON, DC 20002
TELEPHONE: (202) 305-0333

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>BREK PILLING,<br><br>        Defendant. | Case No. 4:22-cr-282-BLW<br><br>**GOVERNMENT'S EXPERT WITNESS DISCLOSURE - RICHARD MARTINEZ** |

The government intends to introduce the testimony of Richard Martinez as an expert witness. Mr. Martinez is a Chemist at the United States Environmental Protection Agency's (EPA) National Enforcement Investigations Center (NEIC). Mr. Martinez has held this position since 2000. He previously held the position of Physical Science Technician at NEIC from 1994 to 2000.

**GOVERNMENT'S EXPERT WITNESS DISCLOSURE - 1**

Mr. Martinez received his Bachelor of Sciences Degree in Biology from the University of Southern Colorado in 1990. He also studied at Metropolitan State College (now known as Metropolitan State University of Denver) where he completed courses satisfying the United States Office of Personnel Management's qualification requirements for the job position of chemist, GS-13-20, including a degree in the life sciences with 30 semester hours in chemistry supplemented by coursework in mathematics through differential and integral calculus and at least six semester hours of physics. Further, he has attended Initial Asbestos Field Inspector Training at Front Range Community College, as well as training on Microscopical Identification of Asbestos at the McCrone Research Institute, Inc. A copy of Mr. Martinez's professional qualifications is attached as Exhibit 1. Mr. Martinez has not testified within the last 4 years. He had one publication within the last 10 years, provided on the list attached as Exhibit 2.

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(F) and (G)(iv), the government will refer to and incorporate herein the NEIC Criminal Investigation Report ("NEIC Report") related to this investigation, which was signed by Mr. Martinez and is attached as Exhibit 3. This report was previously provided in discovery with Bates number PILLING_000216. Copies of the laboratory materials related to Mr. Martinez's scientific analysis were provided with Bates numbers PILLING_036308-PILLING_036421. These materials contain additional information about Mr. Martinez's conclusions and the basis for those conclusions and are incorporated by reference into this notice. The contents of the NEIC Report and Mr. Martinez's laboratory materials will constitute a portion of his testimony.

Mr. Martinez will explain the characteristics of asbestos and its historical uses in insulation and building materials. He will testify about the nature and size of individual asbestos fibers and their entrainment in the air during disturbance of dry asbestos-containing materials. He

will also explain the safety measures he follows while working with asbestos due to the health effects associated with exposure to and inhalation of asbestos fibers.

Mr. Martinez will testify about his analysis of asbestos content in building materials using the Interim Method of the Determination of Asbestos in Bulk Insulation Samples, 40 C.F.R. Part 763, Subpart E, Appendix E ("Test Method").[1] He will explain the Polarized Light Microscopy (PLM) analytical method for identifying and quantifying asbestos in samples, including the procedures involved in using this test method to determine the presence and concentration of asbestos in a sample of material and the accuracy of those procedures. PLM involves visual examination of bulk samples under a polarized light microscope, and identifying visual characteristics of asbestos fibers, including morphology, color and pleochroism, refractive indices, birefringence, extinction characteristics, and sign of elongation.[2]

Mr. Martinez will explain that, if the asbestos content of a sample is determined by PLM to be less than 10%, regulations require "point counting" as a means of verifying the percentage of asbestos in the sample.[3] Point counting involves placing an array of points over a microscope view and counting the number of points that lie atop asbestos fibers.[4]

Mr. Martinez will testify that he used these methodologies to analyze the 18 samples of demolition debris collected by Jamie Iatropulos and Stewart Simpson at 1222 and 1226 Overland Avenue on August 21, 22, and 27, 2018. He will testify as to the results of his analysis, which are contained in the NEIC Report, and his opinion as to the accuracy of those results. Of the 18

---

[1] In preparing samples for analysis under Section 1.7.2 of the Test Method, he also relied on the EPA Test Method for Determination of Asbestos in Bulk Building Materials, EPA/600/R-93/116 (Section 2.3 - Gravimetry) (attached as Exhibit 4 and incorporated by reference), to the extent that it is consistent with Section 1.7.2.
[2] *See* Test Method, Section 1.7.2.3, Table 1-1.
[3] *See* 40 C.F.R. § 61.141 (definition of "friable asbestos material").
[4] *See* Test Method, Section 1.7.2.4.

**GOVERNMENT'S EXPERT WITNESS DISCLOSURE - 3**

samples, he will testify that 13 contained more than one-percent chrysotile asbestos. He will also testify that the samples were friable, that is, able to be crumbled, pulverized or reduced to powder by hand-pressure.

Mr. Martinez will testify about the procedures employed by EPA NEIC to ensure the accuracy of each sample analysis, and to ensure the competency and qualifications of the analytical chemists who employ the Test Method in analyzing samples for asbestos-concentration. He will testify that he followed these procedures and is both competent and qualified to conduct this analysis.

Based on his examination and analysis of the samples, and the examination and analysis of the samples performed by others, Mr. Martinez will testify that the materials from which the samples were collected met the criteria of and constituted "regulated asbestos-containing material" as defined in 40 C.F.R. § 61.141.

Respectfully submitted this 21st day of March, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ Francis J. Zebari*
FRANCIS J. ZEBARI
Assistant United States Attorney

TODD KIM
ASSISTANT ATTORNEY GENERAL
By:

*/s/ Cassandra Barnum*
Cassandra Barnum
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Crimes Section

**GOVERNMENT'S EXPERT WITNESS DISCLOSURE - 4**

_____
RICHARD MARTINEZ
Chemist
Environmental Protection Agency