David Nevin (ISB#2280)
Nathan Pittman (ISB#9430)
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dnevin@nbmlaw.com
npittman@nbmlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:22-CR-0282-BLW |
| Plaintiff, | ) | |
| | ) | **DEFENDANT BREK PILLING'S** |
| vs. | ) | **UNOPPOSED MOTION TO VACATE** |
| | ) | **TRIAL DATE AND FOR A FINDING** |
| BREK PILLING, | ) | **OF EXCLUDABLE DELAY** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant Brek Pilling, through counsel, moves the Court for its Order vacating the date presently set for trial; resetting the matter for trial to a date between September and December, 2023, or in the alternative to August 14, 2023 in Boise (as described more fully in the accompanying declaration of undersigned counsel); and finding that the delay resulting from granting the present motion is "excluded in computing … the time within which the trial of [this matter] must commence," 18 U.S.C. § 3161(h), because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A).

This motion is filed because a medical emergency in the family of Mr. Nevin, counsel for

Mr. Pilling, has required counsel to break off preparation for trial for an uncertain period, making it impossible, despite the exercise of due diligence, for Mr. Nevin to be prepared to render constitutionally effective assistance of counsel to Mr. Pilling on the date presently set for trial, July 24, 2023.

This situation is complicated by the fact that the government has provided unusually voluminous discovery. See Joint Stipulation to Continue Trial Date, Dkt. 24, April 12, 2023, p. 2, para. 1. This has made the case in effect "so unusual or so complex, due to the … nature of the prosecution … that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time" presently set for trial. 18 U.S.C. § 3161(h)(7)(B)(ii).

However, and given the current situation, even if this case is not considered "unusual or complex," a failure to grant the present motion would "deny counsel for [Mr. Pilling] … the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and would "result in a miscarriage of justice." 18 U.S.C. §§ 3161(h)(7)(B)(iv), (i).

The government has authorized undersigned counsel to represent that it does not oppose the present motion to vacate, and requests that the trial be reset to August 14, 2023 or to a date in or after March of 2024 (as described more fully in the accompanying declaration of undersigned counsel).

This motion is supported by the declaration of Mr. Nevin, contemporaneously filed.

DATED this 20th day of June, 2023.

                NEVIN, BENJAMIN & McKAY LLP

                /s/ David Z. Nevin
                David Z. Nevin
                Counsel for Brek Pilling

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    United States Attorney's Office
    Cassandra Barnum
    Cassandra.barnum@usdoj.gov
    Francis Zebari
    Frank.zebari@usdoj.gov

                                    /s/ David Z. Nevin
                                    David Z. Nevin